IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PAULETT CHARLTON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL VICTORINO, et al., <br><br> Defendants. <br> _____ | CIV. NO. 20-00171 JMS-WRP |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties on November 6, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court. The Clerk is directed to close this action.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 2, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge